UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:11 CR 97 – F-1

UNITED STATES OF AMERICA

    v.                              ORDER MODIFYING CONDITIONS
                                  OF PRETRIAL RELEASE

LLOYD GADJAHAR
aka LLOYD GAJADHAR
_____

      This matter is before the Court upon defendant's unopposed motion to modify his conditions of pretrial release in order to permit defendant to attend his mother's funeral in Toronto, Canada. Special Assistant United States Attorney Glenn Perry consents to the entry of this order.

      Finding good cause, the Court hereby grants the motion and modifies defendant's conditions of pretrial release as follows:

      (1) Defendant is permitted to travel to and from Ontario, Canada, for a total travel time not to exceed seven (7) days, for purposes of attending the funeral;

      (2) The office of probation shall return defendant's passport to his possession and shall issue the necessary travel permit;

      (3) Within 24 hours of his return to the eastern district, defendant shall notify his United States Probation Officer of his return and shall surrender his passport; and

      (4) Defendant shall in advance of his travel provide an itinerary and contact information for the duration of his trip to his United States Probation Officer and shall maintain contact with his United States Probation Officer, as directed, for the duration of his trip.

This the 31st day of January, 2012.

_____
DAVID W. DANIEL
United States Magistrate Judge